IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:12-cr-144 |
| LESLIE N. MYATT, | |
| Defendant. | |

### O R D E R

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 30.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Leslie N. Myatt from the Indictment in the above-captioned case with prejudice. The Court DIRECTS the Clerk of Court to CLOSE this case.

**SO ORDERED**, this 5th day of June, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA